```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF KENTUCKY
                      CENTRAL DIVISION at LEXINGTON
```

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Criminal Case No. |
| | ) | 5:12-CR-28-JMH-HAI |
| v. | ) | 5:13-CV-07309-JMH-HAI |
| JOSE ELIGIO PINEDA-PARADA, | ) | **JUDGMENT** |
| Defendant. | ) | |

                              ***

In accordance with this Court's Memorandum Opinion and Order of even date and entered contemporaneously herewith, **IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED:**

(1) that Petitioner's Motion to Vacate, Set Aside, or Correct his sentence pursuant to 28 U.S.C. § 2255 [DE 46] be, and the same hereby is, **DENIED**;

(2) that no certificate of appealability will issue;

(3) that this Order is **FINAL AND APPEALABLE** and **THERE IS NO JUST CAUSE FOR DELAY**; and

(4) that this action be, and the same hereby is, **DISMISSED WITH PREJUDICE** and **STRICKEN FROM THE ACTIVE DOCKET**.

This the 30th day of December, 2014.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge